| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 1:18-cv-01457-DAD-EPG<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 2) |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Dimitrios Kastis ("Plaintiff") commenced this action by filing a Complaint against the United States Department of Justice on October 23, 2018. (ECF No. 1). Plaintiff has also filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the showing required by § 1915(a). Accordingly, the request to proceed *in forma pauperis* is granted.

As to the status of the Complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of complaints to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the

1

complaint can be cured by amendment.

The Court will screen Plaintiff's Complaint in due course, and will serve Plaintiff with the resulting order.

IT IS SO ORDERED.

Dated: **October 24, 2018**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE