UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOE ALVARADO,<br><br>    Defendant. | No. 1:18-cv-01325-DAD-BAM<br><br>ORDER CONSOLIDATING CASES |
| DIMITRIOS KASTIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CLOVIS POLICE DEPARTMENT,<br><br>    Defendant. | No. 1:18-cv-01378-DAD-BAM |
| DIMITRIOS KASTIS,<br><br>    Plaintiff,<br><br>  v.<br><br>DISTRICT ATTORNEY'S OFFICE FRESNO COUNTY,<br><br>    Defendant. | No. 1:18-cv-01430-DAD-BAM |

| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>            Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>            Defendant. | No. 1:18-cv-01457-DAD-BAM |
| DIMITRIOS KASTIS,<br><br>            Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendant. | No. 1:18-cv-01521-DAD-BAM |

Plaintiff Dimitrios Kastis is proceeding *pro se* and *in forma pauperis* in the above-captioned actions, alleging that defendants deprived him of his civil rights in their criminal prosecutions of plaintiff in state and federal court.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to consolidate these cases.

/////

/////

/////

Accordingly,

1. The above-referenced cases shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);
2. Plaintiff's "clarification request for order of consolidation by the court" (No. 1:18-cv-01378-DAD-BAM, Doc. No. 7) is denied as moot;
3. The Clerk of the Court is directed to file this order in each of the above-referenced cases; and
4. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case numbers as follows:

**Lead Case:**       **1:18-cv-01325-DAD-BAM**
**Member Case:**   **1:18-cv-01378-DAD-BAM**
**Member Case:**   **1:18-cv-01430-DAD-BAM**
**Member Case:**   **1:18-cv-01457-DAD-BAM**
**Member Case:**   **1:18-cv-01521-DAD-BAM**

IT IS SO ORDERED.

Dated: **February 20, 2019**

UNITED STATES DISTRICT JUDGE